IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JULIO DIAZ,

    Plaintiff,

v.                                          CASE NO. 1:05-cv-00181-MP-AK

GULF ATLANTIC AIRWAYS, INC.

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on a telephone status conference held on Friday, September 1, 2006. During this hearing, counsel for Plaintiff indicated that he will seek to withdraw from representation. However, because Plaintiff Diaz is currently undergoing military training that prevents him from contacting his attorney, counsel for Plaintiff has been unable to discuss this issue with his client. Counsel for Plaintiff has therefore requested that the Court hold this matter in abeyance until Plaintiff has finished his training. Defendant does not object to this request. Therefore, all further proceedings and deadlines in this case are held in abeyance until September 22, 2006.

    **DONE AND ORDERED** this   5th  day of September, 2006

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge